1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10  SIDNEY ANDERSON,
11          Plaintiff,                    No. CIV S-08-1838-DAD P
12      vs.
13  J. WALKER, et al.,
14          Defendants.            ORDER
15  _____/
16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17  to 42 U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 or filed an
18  application to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be
19  granted thirty days to pay the filing fee in full or submit a properly completed application to
20  proceed in forma pauperis.
21          Plaintiff is cautioned that the in forma pauperis application form includes a
22  section that must be completed by a prison official, and the form must be accompanied by a
23  certified copy of plaintiff's prison trust account statement for the six-month period immediately
24  preceding the filing of this action.
25  /////
26  /////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. Plaintiff shall submit, within thirty days from the date of this order, either the
$350.00 filing fee or a properly completed application to proceed in forma pauperis on the form
provided with this order; plaintiff is cautioned that failure to comply with this order or seek an
extension of time to do so will result in a recommendation that this action be dismissed without
prejudice; and

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed
In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: August 12, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
ande1838.3a