IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SIDNEY ANDERSON,

        Plaintiff,                    No. CIV S-08-1838 DAD P

    vs.

J. WALKER, et al.,

        Defendants.            ORDER

/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 13, 2008, the court directed plaintiff to pay the filing fee or submit an application to proceed in forma pauperis. In response to the court's order, plaintiff has filed a letter that states only "I had to submit two 1983 civil complaint in order for trust account to send the in forma pauperis to you." (Pl.'s letter filed Aug. 28, 2008.)

       It is not clear what plaintiff is trying to convey to the court in his letter. However, plaintiff is advised that in order to proceed with this case he must pay the required filing fee of $350.00 or file an application to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a) & 1915(a). In the interest of justice, the court will allow plaintiff an additional thirty days to either pay the required filing fee or submit a properly completely application to proceed in forma pauperis.

1

1         Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison official, and the form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice; and

         2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: October 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ande1838.3a(2)